# Court of Appeals
# of the State of Georgia

ATLANTA, March 25, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0428.  WILLIS INSURANCE SERVICES OF GEORGIA, INC. et al. v. BRENT HARTMAN et al.**

Upon consideration of Appellant's Stipulated Motion to Withdraw Appeal with Prejudice in the above-styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/25/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*